UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODRICK SMITH,

       Plaintiff,                      Case No. 2:25-cv-10038

v.                                 District Judge Linda V. Parker
                                        Magistrate Judge Anthony P. Patti

KIKLIMOON FREDRICKS, *et al*.,

       Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO REQUEST A SCHEDULING ORDER (ECF No. 28) AND STAYING THE CASE

Plaintiff has filed a motion to request a scheduling order or case management order. (ECF No. 28.)  That motion is **HEREBY DENIED** because there is a pending motion for summary judgment on the basis of Plaintiff's alleged failure to exhaust his administrative remedies.  If granted, the motion would end the case. That motion will take several more months to decide.  Until it can be decided, there will be no discovery permitted and the case will be **STAYED**. This is so because a stay of all discovery is ordered where, as here, the question of whether the case must be dismissed on the pleadings remains in play. *Hahn v. Star Bank*, 190 F.3d 708, 719 (6th Cir. 1999) (citing *Landis v. North Am. Co.*, 299 U.S. 248, 254-55 (1936)) ("Trial courts have broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are

1

determined."); *see also Gettings v. Building Laborers Local 310 Fringe Benefits Fund*, 349 F.3d 300, 304 (6th Cir. 2003) (citing *Muzquiz v. W.A. Foote Memorial Hosp., Inc.*, 70 F.3d 422, 430 (6th Cir. 1995)) ("Limitations on pretrial discovery are appropriate where claims may be dismissed 'based on legal determinations that could not have been altered by any further discovery.'").

It is **SO ORDERED**.


Dated: June 5, 2026

_____

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE