UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODRICK SMITH,

Plaintiff,

Case No. 25-cv-10038
Honorable Linda V. Parker

v.

KIKIMOON FREDRICKS,
CANTU, WILDS,
HEIDI WASHINGTON,
RAMERIZ, and HEALTH CARE
SERVICE STAFF,

Defendants.
_________________________________/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BASED ON EXHAUSTION**

Plaintiff, a Michigan prisoner, commenced this lawsuit against Defendants on January 6, 2025. The Court has dismissed Plaintiff's claims against Defendants Heidi Washington and Health Staff Service Staff and all monetary claims against Defendants Kikimoon Fredricks, Cantu, Wilds, and Rameriz in their official capacities. (ECF No. 10.) The Court found that Plaintiff stated plausible claims against Fredricks, Cantu, Wilds, and Rameriz based on an alleged violation of the Eighth Amendment, gross negligence, and intentional infliction of emotional distress. (*Id.*) The matter has been assigned to Magistrate Judge Anthony P. Patti

for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 17.)

On January 2, 2026, Fredricks, Cantu, Wilds, and Rameriz (hereafter "Defendants") filed a motion for summary judgment based on exhaustion. (ECF No. 22.) On August 6, 2026, Magistrate Judge Patti issued a report and recommendation ("R&R") recommending that the Court grant in part and deny in part Defendants' motion. (ECF No. 30.) Magistrate Judge Patti finds that Plaintiff failed to exhaust his administrative remedies as to his claims against Cantu, Rameriz, and Wilds, but that he exhausted his administrative remedies as to his claims against Fredricks.

At the conclusion of the R&R, Magistrate Judge Patti advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Patti. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendants' motion for summary judgment (ECF No. 22) is **GRANTED IN PART AND DENIED IN PART** in that Plaintiff's claims against Cantu, Rameriz, and Wild are dismissed and they are terminated as parties to this action. Plaintiff's claims against Fredricks remain.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 25, 2026